

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern ____ District of Texas
(State)

Case number (if known): _____   Chapter _____

☐ Check if this is an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Brothers Cabinetry Company, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | CTS Acquisition, LLC |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8 3 – 0 5 1 8 9 2 9 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 9224   King Arthur Drive<br>Number   Street | 4641  O'CONNOR  COURT<br>Number   Street |
| | P.O. Box<br>IRVING   TX   75062<br>City   State   ZIP Code |
| Dallas   Texas 75247<br>City   State   ZIP Code | |
| Dallas<br>County | Location of principal assets, if different from principal place of business<br><br>Number   Street<br><br>City   State   ZIP Code |

5. **Debtor's website** (URL)   www.brotherscabinetrycompany.com

| Debtor | Brothers Cabinetry Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

⬤ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

3 _ _ 3 _ _ 7 _ _ 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

⬤ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Brothers Cabinetry Company, LLC

Debtor _____        Case number *(if known)*_____
    Name

| | | |
|---|---|---|

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

⬤ No
☐ Yes.    District _____ When _____ Case number _____
                                              MM / DD / YYYY
                 District _____ When _____ Case number _____
                                              MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

⬤ No
☐ Yes.    Debtor _____ Relationship _____
                 District _____ When _____
                                                                        MM  /  DD  / YYYY
                 Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

◑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

⬤ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention?  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?_____
                                   Number        Street
                                   _____
                                   City                                         State ZIP Code

Is the property insured?
     ⬤ No
     ☐ Yes. Insurance agency _____
              Contact name _____
              Phone _____

---

**Statistical and administrative information**

| Debtor | Brothers Cabinetry Company, LLC | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:* | | |
| | ☐ Funds will be available for distribution to unsecured creditors. | | |
| | ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |

| **14. Estimated number of creditors** | ● 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| **15. Estimated assets** | ● $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ● $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/29/2022
              MM / DD / YYYY

✗ _Signature of authorized representative of debtor_      Jeffrey J Mackie
                                                          Printed name

Title  Managing Member

Debtor    Brothers Cabinetry Company, LLC                    Case number (if known)_____
          Name

18. Signature of attorney    ✗ [signature]                    Date    _____
                              Signature of attorney for debtor          MM  / DD / YYYY

                              _____
                              Printed name

                              _____
                              Firm name

                              _____
                              Number      Street

                              _____
                              City                            State      ZIP Code

                              _____
                              Contact phone                   Email address

                              _____
                              Bar number                      State

**Fill in this information to identify the case:**

Debtor name **Brothers Cabinetry Company, LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
Copy line 88 from *Schedule A/B*............................................................

$ 0.00

   1b. **Total personal property:**
Copy line 91A from *Schedule A/B*...........................................................

$ 350,906.15

   1c. **Total of all property:**
Copy line 92 from *Schedule A/B*............................................................

$ 350,906.15

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.........................

$ 908,182.24

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................................

$ 167,424.69

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .................................

+ $ 2,193,339.06

4. **Total liabilities**....................................................................................
Lines 2 + 3a + 3b

$ 3,268,945.75

Fill in this information to identify the case:

Debtor name **Brothers Cabinetry Company, LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

2. **Cash on hand** $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
   | 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   | 4.1. _____ | $_____ |
   |---|---|
   | 4.2. _____ | $_____ |

5. **Total of Part 1** $_____

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | 7.1. _____ | $_____ |
   |---|---|
   | 7.2. _____ | $_____ |

Debtor    Brothers Cabinetry Company, LLC
_____
Name

Case number (if known)_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Current value of debtor's
interest

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | | |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | _____ | – | _____ | = ......→ | $ | 0.00 |
| 11b. Over 90 days old: | 222,450.15 | – | 200,000.00 | = ......→ | $ | 22,450.15 |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $   22,450.15

## Part 4:    Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

Valuation method
used for current value

Current value of debtor's
interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

Debtor      Brothers Cabinetry Company, LLC    Case number (if known) _____
      Name

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. Is any of the property listed in Part 5 perishable?

☐ No

☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?

☐ No

☐ Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    **Brothers Cabinetry Company, LLC**
_____
Name

Case number *(if known)*_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** _____ | $ 5000.00 | Market Value | $ 5000.00 |
| 40. **Office fixtures** _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** _____ | $ 2500.00 | Market Value | $ 2500.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 7500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 4

| Debtor | Brothers Cabinetry Company, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ◼ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1   2018 Isuzu Box Truck | $ 10,500.00 | Market Value | $ 10,500.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Various Equipment as Listed in Attachment | | | $ 310,456.00 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $ 320,956.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ◼ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ◼ No
    ☐ Yes

Name of Debtor:                    Schedule A/B: Assets-Real Personal Property
Brothers Cabientry Company,LLC
United States Bankruptcy for the Northern District of Texas

**Part 8      Machinery, Equipment, & Vehicles**
**50 Other Machinery, Fixtures, & Equipment**

| Description | Net Book value | Valuation method | Current Value Of Debtors Interest |
|---|---|---|---|
| 50.1 SCM Edgebander | 110,500.00 | Market Value | 110,500.00 |
| 50.2 Stiles Edgebander | 5,600.00 | Market Value | 5,600.00 |
| 50.3 Mordidelli CNC Router | 67,000.00 | Market Value | 67,000.00 |
| 50.4 Omal Drill & Dowel, RoboPak Palletizer Conveyor | 56,000.00 | Market Value | 56,000.00 |
| 50.5 Forklift | 4,800.00 | Market Value | 4,800.00 |
| 50.6 Dust Collector | 3,200.00 | Market Value | 3,200.00 |
| 50.7 Gabbiani Beam Saw | 45,456.00 | Market Value | 45,456.00 |
| 50.8 Compressors | 2,500.00 | Market Value | 2,500.00 |
| 50.9 Hand Tools | 2,500.00 | Market Value | 2,500.00 |
| 51 Table Saws | 6,500.00 | Market Value | 6,500.00 |
| 51.1 Paint Booth | 3,400.00 | Market Value | 3,400.00 |
| 51.2 Air Dryer | 1,500.00 | Market Value | 1,500.00 |
| 51.3 Roller Conveyors | 1,500.00 | Market Value | 1,500.00 |
| | 310,456.00 | | 310,456.00 |

| Debtor | Brothers Cabinetry Company, LLC | | Case number (if known) | |
| --- | Name | | | |

54. **Does the debtor own or lease any real property?**
- ● No. Go to Part 10.
- ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☐ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ● No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$

Debtor  **Brothers Cabinetry Company, LLC**
        _____
        Name

Case number (if known)_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

                                                                            Current value of
                                                                            debtor's interest

71. **Notes receivable**
Description (include name of obligor)
_____     _____ – _____ = ➜   $_____
                                    Total face amount  doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
_____     Tax year _____  $_____
_____     Tax year _____  $_____
_____     Tax year _____  $_____

73. **Interests in insurance policies or annuities**
_____                         $_____

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)
_____                         $_____
Nature of claim          _____
Amount requested         $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
                                                                  $_____
Nature of claim          _____
Amount requested         $_____

76. **Trusts, equitable or future interests in property**
_____                         $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
_____                         $_____
_____                         $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    Brothers Cabinetry Company, LLC
_____
Name

Case number (if known)_____

<table>
<tr><td><strong>Part 12:</strong></td><td><strong>Summary</strong></td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $_____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 22,450.15 | |
| 83. **Investments.** *Copy line 17. Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 7,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 320,956.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................→ | | $_____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ✚ $_____ | |
| 91. **Total.** Add lines 80 through 90 for each column..........................91a. | $ 350,906.15 | ✚ 91b. $_____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................................  $ 350,906.15



**Fill in this information to identify the case:**

Debtor name _____ Brothers Cabinetry Company, LLC _____

United States Bankruptcy Court for the: __Northern__ District of __Texas__
                                                              (State)

Case number (If known): _____

☑ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | Amount of claim | Value of collateral |
| | | Do not deduct the value | that supports this |
| | | of collateral. | claim |

**2.1  Creditor's name**
Bank of The West

Creditor's mailing address
108 West Northwest Highway, Grapevine TX 76501

Creditor's email address, if known
Not Available

Date debt was incurred    11/2021

Last 4 digits of account number    3 0 0 1

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Plains Capital Bank, 2911 Turtle Creek Blvd
Dallas, Texas 75210

**Describe debtor's property that is subject to a lien**
Gabbiani Beam Saw

Describe the lien    Purchase Money

Is the creditor an insider or related party?
● No
☐ Yes

Is anyone else liable on this claim?
● No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75,012.00    $ 45,456.00

**2.2  Creditor's name**
Direct Capital

Creditor's mailing address
155 Commerce Way, Portsmouth NH 03801

Creditor's email address, if known
Not Available

Date debt was incurred    3 / 2 0 1 8

Last 4 digits of account number    2 0 0 1

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Dust Collection System

Describe the lien    Purchase Money

Is the creditor an insider or related party?
● No
☐ Yes

Is anyone else liable on this claim?
● No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$ 3,200.00    $ 3,200.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 908,182.24

Official Form 206D              Schedule D: Creditors Who Have Claims Secured by Property              page 1 of ___

__ of 47

Debtor  **Brothers Cabinetry Company, LLC**
Name

Case number (if known) _____

| Part 1: | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3**  Creditor's name

_Direct Capital_

Creditor's mailing address

155 Commerce Way, Portsmouth NH 03801

Creditor's email address, if known

_Not Available_

Date debt was incurred    _4/2018_

Last 4 digits of account    _Unknown_
number

Do multiple creditors have an interest in the same property?

☐ No

☐ Yes. Have you already specified the relative priority?

   ◼ No. Specify each creditor, including this creditor, and its relative priority.
     _Plains Capital Bank, 2911 Turtle Creek Blvd_
     _Dallas, Texas 75210_

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**Forklift**

$ __5,400.00__    $ __4,800.00__

Describe the lien

Is the creditor an insider or related party?

◼ No
☐ Yes

Is anyone else liable on this claim?

◼ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
◼ Unliquidated
☐ Disputed

---

**2.4**  Creditor's name

_Direct Capital_

Creditor's mailing address

155 Commerce Way, Portsmouth NH 03801

Creditor's email address, if known

_Not Available_

Date debt was incurred    _2/2018_

Last 4 digits of account    _Unknown_
number

Do multiple creditors have an interest in the same property?

☐ No

☐ Yes. Have you already specified the relative priority?

   ◼ No. Specify each creditor, including this creditor, and its relative priority.
     _Plains Capital Bank, 2911 Turtle Creek Blvd_
     _Dallas, Texas 75210_

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Isuzu Box Truck

$ 19,500.00    $ 10,500.00

Describe the lien    Purchase Money

Is the creditor an insider or related party?

◼ No
☐ Yes

Is anyone else liable on this claim?

◼ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
◼ Unliquidated
☐ Disputed

---

_18_ of 47

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page ___ of ___

Name of Debtor:
Brothers Cabientry Company, LLC
United States Bankruptcy Court for the Northern District of Texas

Schedule D Continued

|  |  | Column A | Column B |
|---|---|---|---|
|  |  | Amount of Claim | Value of Collateral |
|  |  | Do not deduct the value of collate | That supports Claim |

**2.5** Creditors Name
    **Leaf Financial**

Describe debtors property that is subject to lien
**SCM Edge Banding Equipment**

130,024.00

110,500.00

Creditors Mailing Address
**Administrative Services- PA, 2005 Market Street, Philadelphia, PA 19103**
Creditors email address if known
**NA**
Date Debt first incurred
    **Jun-22**
Last 4 of Account Number
    **1001**
Do multiple creditors have an interest in the same property
    No
    Yes **XXXXXXX**
**Plains Capital Bank**
**2911 Turtle Creek Blvd**
**Dallas, Texas 75210**

Describe the lien
**Purchase Money**
Is the creditor an insider or related Party
    No **XXXXXXX**
    Yes

Is anyone else liable on this claim
    No
    Yes **XXXXXXX**    Fill out Schedule H

As of petition filing date, the claim is
Contingent
Unliquidated **XXXXXXX**
Disputed

|  |  | Column A | Column B |
|---|---|---|---|
|  |  | Amount of Claim | Value of Collateral |
|  |  | Do not deduct the value of collate | That supports Claim |

**2.6** Creditors Name
    **Financial Pacific Leasing dba Umqua Bank**

Describe debtors property that is subject to lien
**Morbidelli N100 CNC Machine**

83,000.00

67,000.00

Creditors Mailing Address
    **3455 S 344th Way STE 300, Federal Way, WA 98001**
Creditors email address if known
**Not available**
Date Debt first incurred
    **2022**
Last 4 of Account Number
    **2301**
Do multiple creditors have an interest in the same property
    No
    Yes **XXXXXXX**
**Plains Capital Bank**
**2911 Turtle Creek Blvd**
**Dallas, Texas 75210**

Describe the lien
**Purchase Money**
Is the creditor an insider or related Party
    No **XXXXXXX**
    Yes

Is anyone else liable on this claim
    No **XXXXXXX**
    Yes    Fill out Schedule H

As of petition filing date, the claim is
    Contingent
Unliquidated **XXXXXXX**
    Disputed

Name of Debtor:
Brothers Cabinetry Company, LLC
United States Bankruptcy Court for the Northern District of Texas

Schedule D Continued

| | Column A | Column B |
|---|---|---|
| | Amount of Claim<br>Do not deduct the value of collateral<br>73,000.00 | Value of Collateral<br>That supports Claim<br>56,000.00 |

**Creditors Name**
**M2 Lease Funds LLC**

Creditors Mailing Address
**175 N Patrick Blvd Ste. 140, Brookfield WI, 53045-5819**
Creditors email address if known
**Not available**
Date Debt first incurred
**2022**
Last 4 of Account Number
**Unknown**
Do multiple creditors have an interest in the same property
  No
  Yes XXXXXXX
**Plains Capital Bank**
**2911 Turtle Creek Blvd**
**Dallas, Texas 75210**

Describe debtors property that is subject to lien
**Omal Drill & Dowel Machine, Robopak**

Describe the lien
**Purchase Money**
Is the creditor an insider or related Party
  No  XXXXXXX
  Yes

Is anyone else liable on this claim
  No  XXXXXXX
  Yes          Fill out Schedule H

As of petition filing date, the claim is
  Contingent
  Unliquidated XXXXXXX
  Disputed

| | Column A | Column B |
|---|---|---|
| | Amount of Claim<br>Do not deduct the value of collateral<br>519,046.00 | Value of Collateral<br>That supports Claim<br>20,000.00 |

**Creditors Name**
**Plains Capital Bank**

Creditors Mailing Address
**2911 Turtle Creek Blvd, Dallas TX 75210**
Creditors email address if known
**Not available**
Date Debt first incurred
**2018**
Last 4 of Account Number
**Unknown**
Do multiple creditors have an interest in the same property
  No
  Yes XXXXXXX
**Bank of the West**
**Direct Capital**
**Leaf Financial**
**Financial Pacific Leasing dba Umqua Bank**
**M2 Lease Funds LLC**

Describe debtors property that is subject to lien
**All Inventory, Accounts Recievable, Furniture,**
**Fixtures**

Describe the lien
**Debt consolidation**
Is the creditor an insider or related Party
  No  XXXXXXX
  Yes

Is anyone else liable on this claim
  No
  Yes XXXXXXX    Fill out Schedule H

As of petition filing date, the claim is
  Contingent
  Unliquidated XXXXXXX
  Disputed

Debtor    Brothers Cabinetry Company, LLC                    Case number *(if known)* _____
        Name

Part 2: **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

___ of 47

**Fill in this information to identify the case:**

Debtor    **Brothers Cabinetry Company, LLC**

United States Bankruptcy Court for the:   Northern      District of   Texas
                                                         (State)

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
Office of the Attorney General
TTX CHILD SUPPORT SDU
P.O. Box 659791 San Antonio, TX 78265-9791

As of the petition filing date, the claim is: $ 663.48     $ 663.48
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred
July 2022

Basis for the claim:
Child Support

Last 4 digits of account number     Unknown

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2**   Priority creditor's name and mailing address
EFTPS

As of the petition filing date, the claim is: $ 90,650.61     $ 90,650.61
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred
July 2022

Basis for the claim:
Payroll Withholding

Last 4 digits of account number    8   9   2   9

Is the claim subject to offset?
☐ No
☒ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3**   Priority creditor's name and mailing address
State of Texas Sales Tax
Comptroller of the State of Texas

As of the petition filing date, the claim is: $ 76 110.60     $ 76,110.60
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred
July 2022

Basis for the claim:
Sales Tax

Last 4 digits of account number     Unknown

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

_22_____ of 47

| Debtor | Brothers Cabinetry Company, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

*23* of 47

Name of Debtor:
Brothers Cabinetry Company, LLC
United States Bankruptcy Court for the Northern District of Texas

Schedule E/F Part 2
Continued

| NonPriority Unsecured Claim | Mailing address | Amount of Claim | Account No. | Debt Incurred | Basis for Claim | Subject to Offset | |
|---|---|---|---|---|---|---|---|
| 3.1. ABY Benefits LLC | ABY Benefits LLC PO Box 867369 Plano, TX 75086 USA | 70.00 | Unknown | Jan-22 | Trade Credit | No | Unliquidated |
| 3.1a Alert 360 | Alert 360 P.O. Box 21031 Tulsa, OK 74121-1031 USA | 405.25 | 000-6519976 | Jan-22 | Trade Credit | No | Unliquidated |
| 3.1b Alphagraphics | Alphagraphics Unknown | 950.74 | Unknown | May-21 | Trade Credit | No | Unliquidated |
| 3.1c Amingas | Amingas 2372 Irving Blvd Dallas, TX 75207 | 194.75 | 2037400DS | Jan-22 | Trade Credit | No | Unliquidated |
| 3.1d Comptroller of Public Accounts Texas | Comptroller of Public Accounts PO Box 660288 Dallas, TX 75266-0288 | 79,339.05 | 32066795250 | May-21 | Trade Credit | No | Unliquidated |
| 3.1e Corptek Solutions | Corptek Solutions PO Box 152553 Arlington, Texas 76015 | 3,933.94 | Unknown | May-21 | Trade Credit | No | Unliquidated |
| 3.1f DC Tooling Solutions | DC Tooling Solutions LLC 1100 Burnet Drive Allen, Texas 75002 | 2,855.70 | Unknown | Nov-21 | Trade Credit | No | Unliquidated |
| 3.1g De Lage Landen Financial Services | De Lage Landen Financial Services Inc PO Box 41602 Philadelphia, PA 19101-1602 | 962.55 | 1427770 | May-21 | Trade Credit | No | Unliquidated |
| 3.1h Frame-Tech | Frame-Tech Inc 8851 Navarre Proxy Navarre, FL 32566 | 1,968.95 | Unknown | Dec-21 | Trade Credit | No | Unliquidated |
| 3.1i Hudson Energy | Hudson Energy P.O. Box 731137 Dallas, TX 75373-1137 | 3,095.50 | 300051927 | Feb-22 | Trade Credit | No | Unliquidated |
| 3.2a Imco Lumber | Imco Lumber | 36,600.00 | Unknown | Mar-22 | Trade Credit | no | Unliquidated |
| 3.3a John R. Ames, CTA | John R. Ames, CTA PO Box 139066 Dallas, TX 75313-9066 | 6,979.34 | 982010159000000000 | Dec-21 | Trade Credit | No | Unliquidated |
| 3.4a Latham Stairs & Cabinetry | Latham Stairs & Cabinetry PO Box 689 Sanger, TX 76266 | 3,625.87 | 108557 | Mar-22 | Trade Credit | No | Unliquidated |
| 3.5a Leitz Tooling Systems LP | Leitz Tooling Systems LP PO Box 771688 Grand Rapids, Michigan 49377-1688 | 1,209.30 | Unknown | Oct-21 | Trade Credit | No | Unliquidated |
| 3.6a Lumens Electric Solutions LLC | PO BOX 352 Frisco, TX 75034 | 2,424.80 | Unknown | Oct-21 | Trade Credit | No | Unliquidated |
| 3.7a Pinnacle Coatings Group | Pinnacle Coatings Group 618 W Mockingbird Lane Dallas, Texas 75247-6026 | 987.96 | Unknown | Dec-21 | Trade Credit | No | Unliquidated |
| 3.8a Richelieu America Ltd. | Richelieu America Ltd. 7021 Sterling Ponds Blvd Sterling Heights, MI 48312-5809 | 59,608.14 | 252078 | Jan-22 | Trade Credit | No | Unliquidated |
| 3.9a Rugby Holdings LLC | Rugby Holdings LLC PO BOX 842735 Dallas, Texas 75384-2735 | 7,588.37 | CTE54943-0001 | Jan-22 | Trade Credit | No | Unliquidated |
| 3.1b Savick Schumann | Savick Schumann 4330 Gaines Ranch Loop, Suite 150 Austin, Texas 78735 | 690.00 | Unknown | Jan-22 | Trade Credit | No | Unliquidated |
| 3.2b SCM Group North America | SCM Group North America 2475 Satellite Blvd Duluth, Georgia 30096 | 4,283.46 | Unknown | Jan-22 | Trade Credit | No | Unliquidated |
| 3.3b SOUTHWEST OFFICE SYSTEMS, INC. | SOUTHWEST OFFICE SYSTEMS, INC. P.O. Box 612248 Dallas, Texas 75261-2248 | 1,967.34 | CON11829-01 | Jan-22 | Trade Credit | No | Unliquidated |
| 3.4b Stiles Machinery, Inc. | Stiles Machinery, Inc. 3965 44th Street SE Grand Rapids, MI 49512 | 4,394.79 | Unknown | Jan-22 | Trade Credit | No | Unliquidated |
| 3.5b The Cincinnati Insurance Company | The Cincinnati Insurance Company P.O. Box 145620 Cincinnati, Texas 45256-5620 | 2,321.00 | Unknown | Jan-22 | Trade Credit | No | Unliquidated |
| 3.6b UPS | UPS P.O. Box 650116 Dallas, TX 75265-0116 | 95.40 | 5181-015101516-001 | Jan-22 | Trade Credit | No | Unliquidated |
| 3.7b Waste Connections Lone Star, Inc. | Waste Connections Lone Star, Inc. 12150 Garland Rd Dallas, Texas 75218-1533 | 1,773.99 | 1075782 | Jan-22 | Trade Credit | No | Unliquidated |
| 3.8b Whittleppann | Whittleppann 640 Taylor Street Suite 2000 Fort Worth, Texas 76102 | 3,857.00 | Unknown | Jan-22 | Trade Credit | No | Unliquidated |
| 3.9b Wurth Louis and Company | Wurth Louis and Company PO Box 2253 Brea, California 92822 | 17,862.51 | 1075782 | Jan-22 | Trade Credit | No | Unliquidated |
| 3.1c Atrium Executive Homes | 4875 Interstate 30, Suite 102, Mesquite TX 75150 | 103,101.84 | Unknown | Oct-21 | Deposit Liability | No | Unliquidated |
| 3.2c Hilltop Granite | 12401 N Stemmons Fwy #140, Farmers Branch, TX 75234 | 63,500.00 | Unknown | Oct-21 | Deposit Liability | No | Unliquidated |
| 3.3c Ace DFW Builders | 11044 Grissom Lane, Dallas TX 75229 | 52,250.00 | Unknown | Aug-21 | Deposit Liability | No | Unliquidated |
| 3.4c Keystone Development | 2310 North Henderson Ave Unit 538, Dallas TX 75206 | 52,012.50 | Unknown | Feb-22 | Deposit Liability | No | Unliquidated |
| 3.5c Trinity Design & Build | 4909 Camp Bowie Blvd., Fort Worth TX 761078 | 35,649.30 | Unknown | Apr-21 | Deposit Liability | No | Unliquidated |
| 3.6c Economic Injury Disaster Loan | U.S. Small Business Administration, P.O. Box 3918, Portland, OR 97208-3918. | 158,769.67 | Unknown | Apr-21 | Note Payable | No | Unliquidated |
| 3.7c Jeffrey J Mackie Credit Cards | 4641 O'Connor Court, Irving TX75062 | 81,474.49 | Various | Jul-21 | Credit Cards | no | Unliquidated |
| 3.8c Sustainable Modular Management | 2500 Legacy Drive, Suite 100, Frisco TX 75034 | 125,000.00 | Unknown | Feb-22 | Note Payable | No | Unliquidated |
| 3.9c Jeffrey J Mackie & Nick L Mackie | 4641 O'Connor Court, Irving TX75062 | 1,289,976.86 | Unknown | Feb-22 | Note Payable | No | Unliquidated |

Total NonPriority Unsecured Claims    2,193,339.06

| Debtor | Brothers Cabinetry Company, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Part 2: | Additional Page | See Attached Page 3.1 through 5.7 |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Debtor ___Brothers Cabinetry Company, LLC___     Case number (if known) _____
       Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. _____ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. _____ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. _____ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. _____ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. _____ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. _____ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. _____ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. _____ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. _____ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. _____ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. _____ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. _____ | Line _____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    Brothers Cabinetry Company, LLC                         Case number *(if known)*_____
          Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |

*26* of 47

| Debtor | Brothers Cabinetry Company, LLC | Case number (if known) | |
|--------|--------------------------------|------------------------|--|
| | Name | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|--|--|--|------------------------|
| 5a. **Total claims from Part 1** | 5a. | $ | 167,424.69 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ | 2,193,339.06 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,360,763.75 |

Fill in this information to identify the case:

Debtor name  Brothers Cabinetry Company, LLC

United States Bankruptcy Court for the: Northern _____ District of  Texas
                                                              (State)

Case number (If known): _____  Chapter _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.1** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.2** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.3** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.4** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.5** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Debtor    **Brothers Cabinetry Company, LLC**          Case number (if known)_____

    Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases        State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2._   State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

2._   State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

2._   State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

2._   State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

2._   State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

2._   State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

2._   State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

Official Form 206G        Schedule G: Executory Contracts and Unexpired Leases        page ___ of ___

Fill in this information to identify the case:

Debtor name  **Brothers Cabinetry Company, LLC**

United States Bankruptcy Court for the: **Northern**    District of **Texas**
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*

*Column 2: Creditor*

| | Name | Mailing address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | Timothy Vaughan | 3136 Stanford<br>Street | | | Plains Capital Bank | ☑ D<br>☐ E/F<br>☐ G |
| | | Dallas<br>City | TX<br>State | 75225<br>ZIP Code | | |
| 2.2 | Anthony Johnston | 4700 Mills Spring Court<br>Street | | | Plains Capital Bank | ☑ D<br>☐ E/F<br>☐ G |
| | | Colleyville<br>City | TX<br>State | 76034<br>ZIP Code | | |
| 2.3 | John Harris | 3804 Hawthorne<br>Street | | | Plains Capital Bank | ☑ D<br>☐ E/F<br>☐ G |
| | | Dallas   TX  75219<br>City | State | ZIP Code | | |
| 2.4 | Jeffrey Mackie | 4641 O'Connor Court<br>Street | | | Leaf Financial | ☐ D<br>☑ E/F<br>☐ G |
| | | Irving ,<br>City | Texas<br>State | 75062<br>ZIP Code | | |
| 2.5 | | Street | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | City | State | ZIP Code | | |
| 2.6 | | Street | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | City | State | ZIP Code | | |

Debtor   Brothers Cabinetry Company, LLC                                    Case number (if known)_____
_____
Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1. **Codebtor** | | Column 2. **Creditor** | |
| Name | Mailing address | Name | Check all schedules that apply: |

2.__   _____   
   Street _____   
   _____   
   City       State       ZIP Code

   _____   ❑ D  ❑ E/F  ❑ G

2.__   _____   
   Street _____   
   _____   
   City       State       ZIP Code

   _____   ❑ D  ❑ E/F  ❑ G

2.__   _____   
   Street _____   
   _____   
   City       State       ZIP Code

   _____   ❑ D  ❑ E/F  ❑ G

2.__   _____   
   Street _____   
   _____   
   City       State       ZIP Code

   _____   ❑ D  ❑ E/F  ❑ G

2.__   _____   
   Street _____   
   _____   
   City       State       ZIP Code

   _____   ❑ D  ❑ E/F  ❑ G

2.__   _____   
   Street _____   
   _____   
   City       State       ZIP Code

   _____   ❑ D  ❑ E/F  ❑ G

2.__   _____   
   Street _____   
   _____   
   City       State       ZIP Code

   _____   ❑ D  ❑ E/F  ❑ G

2.__   _____   
   Street _____   
   _____   
   City       State       ZIP Code

   _____   ❑ D  ❑ E/F  ❑ G

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Brothers Cabinetry Company, LLC |
| United States Bankruptcy Court for the: | Northern District of Texas {State} |
| Case number (if known): | _____ |

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1. Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

| | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2022 to 08/29/2022 Filing date | ☑ Operating a business ☐ Other | $ 1,378,950.83 |
| For prior year: | From 01/01/2021 to 12/31/2021 | ☐ Operating a business ☐ Other | $ 1,591,313.00 |
| For the year before that: | From 01/01/2020 to 12/31/2020 | ☐ Operating a business ☐ Other | $ 1,611,267.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From __/__/____ to Filing date | _____ | $_____ |
| For prior year: | From __/__/____ to __/__/____ | _____ | $_____ |
| For the year before that: | From __/__/____ to __/__/____ | _____ | $_____ |

Debtor    Brothers Cabinetry Company, LLC
          _____        Case number (if known)_____
          Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | see Attached Schedule<br>Creditor's name | _____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors<br>☐ Services |
| | City    State    ZIP Code | _____ | | ☐ Other _____ |
| 3.2. | Creditor's name | _____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors<br>☐ Services |
| | City    State    ZIP Code | _____ | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name | _____ | $_____ | _____ |
| | Street | | | _____ |
| | City    State    ZIP Code | | | _____ |
| | **Relationship to debtor** | | | |
| 4.2. | Insider's name | _____ | $_____ | _____ |
| | Street | | | _____ |
| | City    State    ZIP Code | | | _____ |
| | **Relationship to debtor** | | | |

**Name of Debtor:**
Brothers Cabinetry Company. LLC
United States Bankruptcy Court for the Northern District of Texas

**Part 2: Certain Transactions Made Before Filing Date**

| Num | Date | Name | Address | Amount Paid | Subtotal | Reason for Payment or transfer |
|---|---|---|---|---|---|---|
| 2351 | 06/15/2022 | Adrian Villa | | -135.00 | | Services |
| 2353 | 06/22/2022 | Adrian Villa | | -470.00 | | Services |
| 2354 | 06/17/2022 | Adrian Villa | 749 Quinette Drive, Seagoville TX 75159 | -470.00 | -1,075.00 | Services |
| 29 | 06/09/2022 | Ameritas Life Insurance | PO BOX 650730, Dallas TX 75265-0730 | -1,603.96 | -1,603.96 | Other Insurance Service |
| 2341 | 06/06/2022 | Baldo Puente | | -630.00 | | Services |
| 2342 | 06/07/2022 | Baldo Puente | | -2,500.00 | | Services |
| 2352 | 06/16/2022 | Baldo Puente | | -3,275.00 | | Services |
| 2362 | 07/08/2022 | Baldo Puente | 2400 Cattle Drive, Crowley TX 76038 | -2,910.00 | -9,315.00 | Services |
| | 06/15/2022 | Bank of the West | 108 West Northwest Highway, Grapevine TX 76501 | -1,750.32 | -1,750.32 | Secured Debt |
| 2358 | 06/29/2022 | Brazos Forest Products | | -2,288.96 | | Supplier |
| 2359 | 07/05/2022 | Brazos Forest Products | 2760 N. Great Southwest Pkwy, Grand Prairie TX 75050 | -3,913.46 | -6,202.42 | Supplier |
| ACH | 06/15/2022 | Chase Cardmemember Services | PO Box 6294, Carol Stream TX 60197-6294 | -2,981.00 | -2,981.00 | Other Credit Card |
| 27 | 05/31/2022 | City of Dallas Utilities and Service | PO Box 660025, Dallas TX 75266-0025 | -1,591.06 | -1,591.06 | Vendors |
| Autopay | 06/27/2022 | Direct Capital | | -634.51 | | Secured Debt |
| | 06/15/2022 | Direct Capital | | -166.23 | | Secured Debt |
| | 06/15/2022 | Direct Capital | 155 Commerce Way, Portsmouth NH 03801 | -244.69 | -1,045.43 | Secured Debt |
| 2350 | 06/15/2022 | Eduardo B Reyes* | | -500.00 | | Services |
| 2363 | 07/11/2022 | Eduardo B Reyes* | 710 SW Dallas, Grand Prairie TX 75051 | -100.00 | -500.00 | Services |
| ACH | 06/21/2022 | Financial Pacific Leasing Inc | | -2,557.48 | | Secured Debt |
| | 06/15/2022 | Financial Pacific Leasing Inc | 3455 South 344th Way, Ste 300, Federal Way WA 98001 | -2,208.20 | -4,765.68 | Secured Debt |
| | 08/01/2022 | Hudson Energy | | -1,496.35 | | Other-Utilities |
| | 06/30/2022 | Hudson Energy | PO Box 731137, Dallas TX 75373-1137 | -700.00 | -2,196.35 | Other-Utilities |
| 2321 | 06/08/2022 | Imco Lumber | | 0.00 | | Supplier |
| 2343 | 06/08/2022 | Imco Lumber | | -14,915.72 | | Supplier |
| 2344 | 06/08/2022 | Imco Lumber | | -15,180.43 | | Supplier |
| 2320 | 05/31/2022 | Imco Lumber | 1300 Trinity St, Mission TX 78572 | -16,415.59 | -46,511.74 | Supplier |
| Autopay | 07/05/2022 | INTUIT | | -645.50 | | Other Merchant Services |
| | 06/16/2022 | INTUIT | | -85.28 | -730.78 | Other Payroll |
| 2355 | 06/27/2022 | Jose Sierra | 3233 Norwalk, Dallas TX 75220 | -750.00 | -750.00 | Services |
| 2338 | 06/02/2022 | Lori Thompson (a) | | -2,372.48 | -2,372.48 | Payroll |
| 31 | 06/14/2022 | M&G Financial | 2500 Legacy Drive, Suite 100, Frisco TX 75034 | -1,500.00 | -1,500.00 | Services |
| ACH | 06/22/2022 | M2 Lease Funds  LLC | | -2,410.65 | | Secured Debt |
| | 06/30/2022 | M2 Lease Funds  LLC | 175 North Patrick Blvd, Suite 140, Brookfield Wi 53045-5819 | -2,440.65 | -2,440.65 | Secured Debt |
| 2347 | 06/14/2022 | Mr. Electric | | -1,479.18 | | Services |
| 2349 | 06/15/2022 | Mr. Electric | 13450 Oak Grove Road S, Burleson TX 76028 | -438.07 | -1,917.25 | Services |
| 2336 | 05/31/2022 | Office of the Attorney General | | -1,326.90 | | Other - Child Support |
| 2345 | 06/13/2022 | Office of the Attorney General | TX Child Support SDU, PO Box 659791,San Antonio TX 78265 | -530.76 | -1,857.66 | Other - Child Support |
| 2364 | 07/11/2022 | Omar Quiroz (Vendor) | 3227 Carlisle St Apt 131, Dallas TX 75204 | -200.00 | -200.00 | Services |
| 2335 | 05/31/2022 | Plains Capital Bank | 2911 Turtle Creek Blvd, Dallas TX 75210 | -8,129.51 | -8,129.51 | Secured Debt |
| 28 | 05/31/2022 | QuickTrip | PO Box 639, Portland Maine 01404-0639 | -1,628.11 | -1,628.11 | Supplier |
| 28 | 06/01/2022 | Richelieu America Ltd. | 7021 Sterling Ponds Blvd, Sterling Heights, MI 48312-5809 | -10,000.00 | -10,000.00 | Supplier |
| 2339 | 06/03/2022 | Rugby Holdings LLC | | -613.65 | | Supplier |
| 2340 | 06/06/2022 | Rugby Holdings LLC | | -2,697.27 | | Supplier |
| 2348 | 06/14/2022 | Rugby Holdings LLC | | -3,821.50 | | Supplier |
| 2357 | 06/29/2022 | Rugby Holdings LLC | | -5,246.53 | | Supplier |
| 2360 | 07/05/2022 | Rugby Holdings LLC | PO BOX 842735, Dallas TX 75284-2735 | -6,209.08 | -18,588.03 | Supplier |
| 2337 | 05/31/2022 | Rusco Packaging | PO Box 226685, Dallas TX 75222-6685 | -862.66 | -862.66 | Supplier |
| Autopay | 06/21/2022 | Simmons Bank | | -36.00 | | Other Bank service Charges |
| Autopay | 06/22/2022 | Simmons Bank | | -36.00 | | Other Bank service Charges |
| Autopay | 06/22/2022 | Simmons Bank | | -36.00 | | Other Bank service Charges |
| Autopay | 06/23/2022 | Simmons Bank | | -36.00 | | Other Bank service Charges |
| Autopay | 07/01/2022 | Simmons Bank | | -36.00 | | Other Bank service Charges |
| Autopay | 07/01/2022 | Simmons Bank | | -36.00 | | Other Bank service Charges |
| Autopay | 07/05/2022 | Simmons Bank | | -36.00 | | Other Bank service Charges |
| Autopay | 07/05/2022 | Simmons Bank | | -36.00 | | Other Bank service Charges |
| Autopay | 07/08/2022 | Simmons Bank | | -36.00 | | Other Bank service Charges |
| | 06/30/2022 | Simmons Bank | | -36.00 | | Other Bank service Charges |
| | 06/30/2022 | Simmons Bank | 8319 Preston Road, Dallas TX 75225 | -36.00 | -396.00 | Other Bank service Charges |
| 26 | 05/31/2022 | SL5 URBAN INDUSTRIAL 2, LLP | | -5,000.00 | | Other-Rent |
| 29 | 06/14/2022 | SL5 URBAN INDUSTRIAL 2, LLP | 100 Crescent Ct, Dallas, TX 75201 | -10,000.00 | -15,000.00 | Other-Rent |
| Autopay | 06/28/2022 | Spectrum Busines | PO Box 60074 City of Industry CA 91716-0074. | -193.02 | -193.02 | Other Utilities |

-149,614.76

Debtor    Brothers Cabinetry Company, LLC                           Case number (if known)_____
          _____
          Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1 | | _____ | _____ | $_____ |
| | Creditor's name | _____ | | |
| | Street | _____ | | |
| | City          State    ZIP Code | | | |
| 5.2 | | _____ | _____ | $_____ |
| | Creditor's name | _____ | | |
| | Street | _____ | | |
| | City          State    ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | Comptroller of the State of Texas | Offset | Debited Funds | $ 15,000.00 |
| | Creditor's name | | | |
| | Street | | | |
| | City          State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | _____ | _____ | Name | ☐ Pending |
| | | | Street | ☐ On appeal |
| | **Case number** | | | ☐ Concluded |
| | _____ | | City      State    ZIP Code | |
| 7.2 | **Case title** | | Court or agency's name and address | ☐ Pending |
| | _____ | _____ | Name | ☐ On appeal |
| | **Case number** | | Street | ☐ Concluded |
| | _____ | | City      State    ZIP Code | |

Debtor    Brothers Cabinetry Company, LLC _____    Case number (if known)_____
               Name

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City          State     ZIP Code | | City          State          ZIP Code |
| | Date of order or assignment | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 Recipient's name | | | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| 9.2 Recipient's name | | | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

**Part 5:    Certain Losses**

## 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets -- Real and Personal Property). | | |
| Computers and Financial Records | none | 08/01/2022 | $ 8,500.00 |

Debtor    Brothers Cabinetry Company, LLC             Case number (if known)_____
            Name

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City   State   ZIP Code | | | |
| | Email or website address | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2 | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City   State   ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | Who made the payment, if not debtor? | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☐ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | $_____ |
| | **Trustee** | _____ | | |
| | _____ | _____ | | |

Debtor    Brothers Cabinetry Company, LLC
          _____        Case number *(if known)*_____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | | _____ | | |
| | **Address** | | | |
| | Street _____ | | | |
| | City _____ State ___ ZIP Code ___ | | | |
| | Relationship to debtor | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | | |
| | _____ | _____ | _____ | $_____ |
| | | _____ | | |
| | **Address** | | | |
| | Street _____ | | | |
| | City _____ State ___ ZIP Code ___ | | | |
| | Relationship to debtor | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street _____ | From _____ To _____ |
| | City _____ State ___ ZIP Code ___ | |
| 14.2. | Street _____ | From _____ To _____ |
| | City _____ State ___ ZIP Code ___ | |

Debtor   Brothers Cabinetry Company, LLC
_____
Name

Case number (if known)_____

---

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.
Facility name
_____
_____

Street
_____

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.

How are records kept?

*Check all that apply:*

City        State        ZIP Code
_____

☐ Electronically
☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2
Facility name
_____
_____

Street
_____

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.

How are records kept?

*Check all that apply.*

City        State        ZIP Code
_____

☐ Electronically
☐ Paper

---

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

Name of plan

Employer identification number of the plan

_____

EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

☐ No

☐ Yes

---

| Debtor | Brothers Cabinetry Company, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | Name<br>Street<br>City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2 | Name<br>Street<br>City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City   State   ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City   State   ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____ | ☐ No<br>☐ Yes |

---

Debtor    Brothers Cabinetry Company, LLC                                    Case number (if known)_____
          Name

---

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

### Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 9



Debtor    Brothers Cabinetry Company, LLC                          Case number (if known)_____
          Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1 | MMG Building & Construction Services LLC<br>Name<br>Anglin Drive<br>Street<br>Fort Worth          TX<br>City          State     ZIP Code | Portable Restroom Company sold to<br>sold to United Rentals    7/2018 | EIN:  Unknown  __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From 2010    To 2018 |
| 25.2 | Name<br>Street<br>City          State     ZIP Code | | EIN:  __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____    To _____ |
| 25.3 | Name<br>Street<br>City          State     ZIP Code | | EIN:  __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____    To _____ |

Debtor     Brothers Cabinetry Company, LLC                                   Case number (if known)_____
           Name

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.   Whitley Penn                                          From  2018      To  Present
         Name
         3600 North Capital of Texas Highway
         Street
         Building B, Suite 250
         Austin                        TX            78747
         City                          State         ZIP Code

| Name and address | Dates of service |
|---|---|

26a.2.                                                         From  _____   To  _____
         Name

         Street

         City                          State         ZIP Code

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1.                                                         From  _____   To  _____
         Name

         Street

         City                          State         ZIP Code

| Name and address | Dates of service |
|---|---|

26b.2.                                                         From  _____   To  _____
         Name

         Street

         City                          State         ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.
         Name

         Street

         City                          State         ZIP Code

Debtor      Brothers Cabinetry Company, LLC
_____     Case number (if known)_____
        Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2 | Name | |
| | Street | |
| | City                State        ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

26d.1.   Plains Capital Bank
       Name
       Plains Capital Bank,
       Street
       2911 Turtle Creek Blvd
       Dallas, Texas 75210
       City                State        ZIP Code

**Name and address**

26d.2.   Simmons Bank
       Name  636 Spirit Of Texas Way,
       Street
       815 W Davis St,
       Conroe, TX 77301
       City                State        ZIP Code

27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

27.1.
       Name

       Street

       City                State        ZIP Code

Debtor ___Brothers Cabinetry Company, LLC_____   Case number (if known)_____
          Name

| | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| Name of the person who supervised the taking of the inventory | | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2

Name

Street

City                                          State          ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Timothy Vaughan | 3136 Stanford Dallas TX 75225 | Member | 6.5 |
| Anthony Johnston | 4700 Mills Spring Court Colleyville TX 76034 | Member | 6.5 |
| John Harris | 3804 Hawthorne Dallas TX 75219 | Member | 6.5 |
| Jeffrey J Mackie | 4641 O'Connor Court Irving TX 75062 | Managing Member | 81.5 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Anthony Johnston | 4700 Mills Spring Court Colleyville TX 76034 | CFO | From 2018 To 2022 |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1  Anthony Johnston | 3600.00 | 8/1/2021t to 02/01/2022 | Salary |
| Name | | | |
| 4700 Mills Spring Court Colleyville TX 76034 | | | |
| Street | | | |
| | | | |
| City                    State          ZIP Code | | | |
| **Relationship to debtor** | | | |
| CFO of company | | | |

Debtor    Brothers Cabinetry Company, LLC                              Case number (if known) _____
          Name

|  | Name and address of recipient | | 34,135 14 | 8/1/2021 to 8/31/2022 | Salary |
|---|---|---|---|---|---|
| 30.2 | Jeffrey J Mackie | | | | |
|  | Name | | | | |
|  | 4641 O'Connor Court Irving TX 75062 | | | | |
|  | Street | | | | |
|  | | | | | |
|  | City                State        ZIP Code | | | | |

Relationship to debtor

Managing Member

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

Name of the parent corporation                    Employer Identification number of the parent
                                                  corporation

_____                  EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Name of the pension fund                          Employer Identification number of the pension fund

_____                  EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

| Part 14: | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✘ _____          Printed name  Jeffrey J Mackie
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

Fill in this information to identify the case and this filing:

Debtor Name  **Brothers Cabinetry Company, LLC**

United States Bankruptcy Court for the:   Northern   District of  Texas
                                                                    (State)

Case number (*if known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for **Non-Individual** Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- *Schedule H: Codebtors* (Official Form 206H)
- *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- Amended *Schedule* _____
- *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/29/2022         ✗ _____
              MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                      Jeffrey J Mackie
                                      Printed name

                                      Managing Member
                                      Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

6 of 47

Mailing List Matrix

**Secured Creditors Mailing List**

Bank of the West
108 West Northwest Highway, Grapevine TX 76501

Direct Capital
155 Commerce Way, Portsmouth NH 03801

Leaf Financial
Administrative Services- PA, 2005 Market Street, Philadelphia, PA 19103

Financial Pacific Leasing dba Umqua Bank
3455 S 344th Way STE 300, Federal Way, WA 98001

Plains Capital Bank
2911 Turtle Creek Blvd, Dallas TX 75210

M2 Lease Funds LLC
175 N Patrick Blvd Ste. 140, Brookfield WI, 53045-5819

**Unsecured Mailing List**

3.1 ABY Benefits LLC — ABY Benefits LLC PO Box 867599 Plano, TX 75086 USA
3.2 Alert 360 — Alert 360 P.O. Box 21051 Tulsa, OK 74121-1031 USA
3.3 Alphagraphics — Alphagraphics 2372 Irving Blvd Dallas, TX 75207
3.4 Amerigas — Amerigas PO Box 660288 Dallas, TX 75266-0288
3.5 Comptroller of Public Accounts Texas — Comptroller of Public Accounts Texas 208 E 10th St Austin, TX 78701
3.6 Corptek Solutions — Corptek Solutions PO Box 152553 Arlington, Texas 76015
3.7 DC Tooling Solutions — DC Tooling Solutions LLC 1100 Burnet Drive Allen, Texas 75002
3.8 De Lage Landen Financial Services — De Lage Landen Financial Services Inc PO Box 41602 Philadelphia, PA 19101-1602
3.9 Frame-Tech — Frame-Tech Inc 8851 Navarre Pkwy Navarre, FL 32566
3.10 Hudson Energy — Hudson Energy P.O. Box 731137 Dallas, TX 75373-1137
3.2a Imco Lumber — 1300 Trinity St Mission TX 78572
3.3a John R. Ames, CTA — John R. Ames, CTA PO Box 139066 Dallas, TX 75313-9066
3.4a Latham Stairs & Cabinetry — Latham Stairs & Cabinetry PO Box 669 Sanger, TX 76266
3.5a Leitz Tooling Systems LP — Leitz Tooling Systems LP PO Box 771686 Grand Rapids, Michigan 49277-1686
3.6a Lumens Electric Solutions LLC — PO BOX 362 Frisco, TX 75034
3.7a Pinnacle Coatings Group — Pinnacle Coatings Group 816 W Mockingbird Lane Dallas, Texas 75247-6026
3.8a Richelieu America Ltd. — Richelieu America Ltd. 7021 Sterling Ponds Blvd Sterling Heights, MI 48312-5809
3.9a Rugby Holdings LLC — Rugby Holdings LLC PO BOX 842725 Dallas, Texas 75284-2725
3.10a Savrick,Schumann — Savrick,Schumann 4330 Gaines Ranch Loop, Suite 150 Austin, Texas 78735
3.2b SCM Group North America — SCM Group North America 2475 Satellite Blvd Duluth, Georgia 30096
3.3b SOUTHWEST OFFICE SYSTEMS, INC. — SOUTHWEST OFFICE SYSTEMS, INC. P.O. Box 612246 Dallas, Texas 75261-2246
3.4b Stiles Machinery, Inc. — Stiles Machinery SE Grand Rapids, MI 49512
3.5b The Cincinnati Insurance Company — 3965 44th Street SE Grand Rapids, MI 49512
3.6b UPS — The Cincinnati Insurance Company PO Box 145620 Cincinnati, Texas 45250-5620
3.7b Waste Connections Lone Star, Inc. — P.O. Box 650116 Dallas, TX 75265-0116
3.8b Whitleyzone — Waste Connections Lone Star, Inc. 12150 Garland Rd Dallas, Texas 75218-1533
3.9b Wurth Louis and Company — Whitleyzone 640 Taylor Street Suite 2000 Fort Worth, Texas 76102
3.1c Atrium Executive Homes — Wurth Louis and Company PO Box 2253 Brea, California 92822
3.2c Hilltop Granite — 4675 Interstate 30, Suite 102, Mesquite TX 75150
3.3c Ace DFW Builders — 12401 N Stemmons Fwy #140, Farmers Branch, TX 75234
3.4c Keystone Development — 11044 Grissom Lane, Dallas TX 75229
3.5c Trinity Design & Build — 2310 North Henderson Ave Unit 538, Dallas TX 75206
3.6c Economic Injury Disaster Loan — 4909 Camp Bowie Blvd., Fort Worth TX 781078
3.7c Jeffrey J Mackie Credit Cards — U.S. Small Business Administration, P.O. Box 3918, Portland, OR 97208-3918,
3.8c Sustainable Modular Management — 4641 O'Connor Court, Irving TX75062
3.9c Jeffrey J Mackie & Nick L Mackie — 2500 Legacy Drive, Suite 100, Frisco TX 75034
— 4641 O'Connor Court, Irving TX75062